# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS FLORES, | CASE NO.   1:11-cv-6-MJS (PC) |
| Plaintiff, | ORDER REGARDING CONSENT/DECLINE FORM |
| v. | |
| WHITE WARDEN, | CLERK TO SEND PLAINTIFF A THIRD CONSENT/DECLINE FORM |
| Defendants. | PLAINTIFF TO CORRECTLY COMPLETE AND RETURN THE ENCLOSED FORM BY MARCH 1, 2011 |

Plaintiff Carlos Flores ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On two occassions, the Court has sent Plaintiff a form to complete indicating whether he consents to magistrate judge jurisdiction or would like to exercise his right to have a district judge preside over this action. Both times, Plaintiff has returned the form with both the "consent" and "decline" boxes checked. (ECF Nos. 6 & 8.) By checking both boxes, Plaintiff has rendered the form meaningless. The Court will give Plaintiff one additional opportunity to comply with its order and correctly complete the form.

Accordingly, the Court ORDERS the Clerk's Office to send Plaintiff another copy of

the consent/decline form.  Plaintiff is ORDERED to check and sign <u>either</u> the box indicating that he wishes to consent to magistrate judge jurisdiction <u>or</u> that he wishes to decline. **Plaintiff may <u>not</u> check and sign both boxes**.  Plaintiff should correctly complete and return the form to the Court not later than **March 1, 2011**.  Plaintiff is hereby on notice that failure to comply with this Order may result in the dismissal of this action.

IT IS SO ORDERED.

Dated:     February 14, 2011              /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE