**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS FLORES, ) | NO. 1:11-cv-00006 LJO GSA PC |
| Plaintiff, ) | ORDER DIRECTING CLERK TO FILE THE COMPLAINT |
| v. ) | |
| WARDEN WHITE, et al., ) | |
| Defendants. ) | |

Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

This action was initiated by the lodging of a civil complaint in the Central District of California on December 21, 2010.[1] On December 28, 2010, this action was transferred to this Court. A review of the docket reveals that the lodged complaint was not filed. Accordingly, IT IS HEREBY ORDERED that the complaint lodged with the court on December 21, 2010, be filed.

IT IS SO ORDERED.

---

[1] Plaintiff filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In the transfer order, Magistrate Judge Goldman construed this as a civil rights action pursuant to 42 U.S.C. § 1983. The Court will therefore treat the lodged petition as a civil rights complaint.

1  Dated: September 8, 2011          /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE